UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMADOU BARRY and GUNGOR AKCELIK, individually and on behalf of all other persons similarly situated who were employed by S.E.B. SERVICE OF NEW YORK, INC. and/or and/or ROBERT DINOZZI any other entities affiliated with or controlled by S.E.B. SERVICE OF NEW YORK, INC., and/or ROBERT DINOZZI,<br><br>Plaintiffs,<br><br>-against-<br><br>S.E.B. SERVICE OF NEW YORK, INC., and/or ROBERT DINOZZI and/or any other entities affiliated with or controlled by S.E.B. SERVICE OF NEW YORK, INC., and/or ROBERT DINOZZI,<br><br>Defendants. | 11-cv-5089 (SLT) (MDG)<br><br>**NOTICE OF MOTION FOR (i) FINAL APPROVAL OF THE FLSA COLLECTIVE ACTION SETTLEMENT; (ii) FOR PRELIMINARY APPROVAL OF THE PROPOSED CLASS ACTION SETTLEMENT, (iii) FOR CERTIFICATION OF THE SETTLEMENT CLASS, (iv) FOR APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, (v) FOR APPROVAL OF PLAINTIFFS' PROPOSED NOTICE OF FLSA COLLECTIVE ACTION SETTLEMENT AND RELEASE, (vi) AND FOR APPROVAL OF PLAINTIFFS' PROPOSED NOTICE OF CLASS ACTION SETTLEMENT AND CLAIM FORM AND RELEASE** |

**PLEASE TAKE NOTICE** that upon the annexed Affirmation of Suzanne Leeds Klein, sworn to on May 21, 2015, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned will respectfully move this Court on a date convenient for the Court, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, before the Honorable Marilyn D. Go, U.S.M.J., for Plaintiffs' Motion for an Order, pursuant to Rule 23 of the Federal Rules of Civil Procedure, granting (i) final approval of the FLSA collective action settlement; (ii) preliminary approval of the proposed class action settlement; (iii) certification of the New York Settlement Class; (iv)

appointment of Plaintiffs' counsel as class counsel; (v) approval of Plaintiffs' proposed Notice of

FLSA Collective Action Settlement and Release; (vi) approval of Plaintiffs' proposed Notice  of

Class Action Settlement and Claim Form and Release; (vii) together with such other and further

relief as the Court may deem just and proper.

Dated: New York, New York
      May 21, 2015

                              VIRGINIA & AMBINDER, LLP

                              <u>/s/ Lloyd Ambinder</u>
                              Suzanne Leeds Klein
                              40 Broad Street, 7th Floor
                              New York, New York 10004
                              Tel: (212) 943-9080
                              Fax: (212) 943-9082

                              Jeffrey K. Brown
                              Michael A. Tompkins
                              LEEDS BROWN LAW, P.C.
                              One Old Country Road, Suite 347
                              Carle Place, New York 11514
                              Tel: (516) 873-9550

                              *Plaintiffs' Counsel*

To:    Leo Kayser, III
        KAYSER & REDFERN, LLP
        515 Madison Avenue, 31st Fl.
        New York, New York 10022

        *Attorneys for Defendants*