UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMADOU BARRY and GUNGOR AKCELIK, individually and on behalf of all other persons similarly situated who were employed by S.E.B. SERVICE OF NEW YORK, INC. and/or and/or ROBERT DINOZZI any other entities affiliated with or controlled by S.E.B. SERVICE OF NEW YORK, INC., and/or ROBERT DINOZZI,<br><br>                                                                    Plaintiffs,<br><br>-against-<br><br>S.E.B. SERVICE OF NEW YORK, INC., and/or ROBERT DINOZZI and/or any other entities affiliated with or controlled by S.E.B. SERVICE OF NEW YORK, INC., and/or ROBERT DINOZZI,<br><br>                                                                    Defendants. | 11-cv-5089 (MDG)<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Suzanne Leeds Klein, dated October 16, 2015, the annexed exhibits thereto; and the accompanying Memorandum of Law in support, the undersigned will move this Court at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, before the Honorable Marilyn D. Go, on October 27, 2015 at 11:00 a.m. for an Order granting final approval of the settlement of this action and such other relief the Court sees fit.

Dated: October 16, 2015
       New York, New York

                                                            /s/ Lloyd Ambinder
                                                            Suzanne Leeds Klein
                                                            VIRGINIA & AMBINDER, LLP
                                                            The Setai Building
                                                            40 Broad St., Seventh Floor
                                                            New York, New York 10004
                                                            Tel:    (212) 943-9080
                                                            Fax:   (212) 943-9082

                                                                    and

                                                LEEDS BROWN LAW, P.C.
                                                Jeffrey K. Brown, Esq.
                                                Michael A. Tompkins, Esq.
                                                One Old Country Road, Suite 347
                                                Carle Place, New York 11568
                                                Tel: (516) 873-9550

                                                *Class Counsel*